CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 1 2 2008

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **BRANDON RAY BANKS,**<br>Petitioner, | ) Civil Action No. 7:08-cv-00239<br>)<br>) |
| v. | ) **FINAL ORDER**<br>) |
| **DANIEL BRAXTON,**<br>Respondent. | ) By: Hon. Glen E. Conrad<br>) United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the respondent's motion to dismiss is **GRANTED**; the petitioner's habeas corpus petition is **DISMISSED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 12th day of November, 2008.

_____
United States District Judge